IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01346-BNB

RICKY WALKER, JR.,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 23 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Ricky Walker, Jr., is an inmate at the Adams County Detention Facility in Brighton, Colorado. He initiated this action by filing a letter with the Court on June 10, 2010.

In an order filed on June 10, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Walker to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Walker was directed to submit a Prisoner Complaint on the Court-approved form. Mr. Walker was also directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form and a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding the filing. He was informed that the § 1915 motion and affidavit were necessary only if the $350.00 filing fee was not paid in advance. The June 10 Order

warned Mr. Walker that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Walker has not filed a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 as directed by the June 10 Order. Therefore, Mr. Walker has failed to cure the designated deficiencies within the time allowed. Accordingly, it is

ORDERED that the action be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Ricky Walker, Jr., to comply with the order to cure dated June 10, 2010.

DATED at Denver, Colorado, this __22nd__ day of __July__, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01346-BNB

Ricky Walker, Jr.
Prisoner No. 201000001289
Adams County Detention Facility
150 N. 19th Ave.
Brighton, CO 80601

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/23/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk